THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. CLYDE ALLEN Appellant.— Judgment of the County Court of Kings county convicting the defendant of burglary in the second degree and rape in the first degree reversed upon the law and a new trial ordered. We have examined the record and find no error as to the facts. The court committed prejudicial error in refusing to permit defendant's witness Burley to be sworn and questioned. The privilege granted a witness to refuse to testify on the ground that his testimony would tend to incriminate or degrade him is merely an option of refusal and not a prohibition of inquiry. It does not appear what evidence this witness might have given. It may be that important facts might have been brought out to the advantage of the defendant, in no way self-incriminating. The prosecution has not shown that this error was not prejudicial to the defendant. We are also of the opinion that the court erroneously refused defendant's requests to charge at folios 1248–1251. Appeal from order entered September 14, 1934, dismissed. Lazansky, P. J., Young, Hagarty, Carswell and Davis, JJ., concur.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. CHARLES CHIODO, Appellant.— Appeal by the defendant from a judgment of conviction of assault in the second degree rendered against him in the County Court of Queens county on the 8th day of January, 1935, under which the defendant was sentenced to State prison for a term of from two to four years. Judgment of the County Court of Queens county reversed on the law and the facts, indictment dismissed and defendant discharged. The verdict was contrary to the credible proof. According to the complainant's own testimony there was no motive for the claimed assault. For more than four years after the alleged offense the complainant kept silent, in fact denying knowledge of the identity of his assailant, although the defendant was well known to him. There is no claim of intimidation during that period. Lazansky, P. J., Young and Hagarty, JJ., concur; Carswell and Davis, JJ., dissent and vote to affirm.

LOUISE ROTH, as Administratrix, etc., of LAWRENCE ROTH, Deceased, Respondent, v. THE HEER CONTRACTING Co., INC., Defendant, and FREDERICK J. DROGE, Appellant. LOUISE ROTH, as Administratrix, etc., of LAWRENCE ROTH, Deceased, Appellant, v. THE HEER CONTRACTING Co., INC., Respondent, and FREDERICK J. DROGE, Defendant.— Action to recover for the death of plaintiff's intestate, who was drowned in a deep hole which was surrounded by shallow water on a bathing beach operated by the defendant Droge, as lessee of the owner, the defendant, The Heer Contracting Co., Inc. Judgment in favor of the plaintiff against defendant Droge unanimously affirmed, with costs. Order setting aside a verdict in favor of the plaintiff against defendant, The Heer Contracting Co., Inc., and directing a new trial as to that defendant unanimously affirmed, with costs to abide the event. No opinion. Present — Young, Hagarty, Carswell, Scudder and Tompkins, JJ.